# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**MATTHEW EBERT,**

V.                                                      **3:16-cv-01386-WIG**


**CAROLYN W. COLVIN**
*Acting Commissioner of Social Security*


## **JUDGMENT**

This matter came for consideration before the Honorable William I. Garfinkel, United States Magistrate Judge.

Plaintiff filed a Motion for Judgment to remand/reverse the Commissioner's decision (Doc. #16), and Defendant filed a Motion to Affirm the Decision of the Commissioner (Doc. #17). On June 19, 2018, Judge William I. Garfinkel entered a Ruling (Doc. #24) denying the Motion for Judgment to reverse the Commissioner's decision (Doc. #16), and granting the motion to affirm the decision of the commissioner (Doc. #17). Therefore, it is ORDERED, ADJUDGED and DECREED that judgment shall enter affirming the decision of the Commissioner and the case is closed.

Dated at Bridgeport, Connecticut, this 21th day of June, 2018.

ROBIN D. TABORA, CLERK

By:        /s/ Kathi Torres
Deputy Clerk

Entered on Docket: 6/21/2018